WM International , Inc., et. al., Plaintiff(s)
vs.
99 Ranch Market #601, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 148298-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--99 Ranch Market #601
Court Case No. 17-CV-6198 RJD-RER

LACKENBACH SIEGEL, LLP
Mr. Eric A. Menist
One Chase Road
Scarsdale, NY  10583

State of: **New Jersey**  ) ss.
County of: **Somerset**  )

**Name of Server:** **Lawrence Van Sertima**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **November**, 20**17**, at **12:51** o'clock **P** M

**Place of Service:** at **561 U.S. Route 1**, in **Edison, NJ  08817**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint With Jury Trial Demanded; Exhibits 1 through 4**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**99 Ranch Market #601**
By delivering them into the hands of an officer or managing agent whose name and title is: **Gary Chiang, Assistant Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Asian** ; Hair Color **Black** ; Facial Hair _____
Approx. Age **40** ; Approx. Height **5'8"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lawrence Van Sertima*
Signature of Server
**Lawrence Van Sertima**
APS International, Ltd.

Subscribed and sworn to before me this **13** day of **November**, 20**17**

*Suzanne Weingartner*
Notary Public       (Commission Expires)

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018