WM International, Inc., et. al., Plaintiff(s)
vs.
99 Ranch Market #601, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 148298-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--99 Ranch Market #602
Court Case No. 17-CV-6198 RJD-RER

LACKENBACH SIEGEL, LLP
Mr. Eric A. Menist
One Chase Road
Scarsdale, NY 10583

State of: New Jersey ) ss.
County of: Somerset )

**Name of Server:** Roger Padilla, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of November, 20 17, at 2:18 o'clock P M

**Place of Service:** at 420 Grand Street, in Jersey City, NJ 07302

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint With Jury Trial Demanded; Exhibits 1 through 4

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
99 Ranch Market #602

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Tony Do, Assistant Store Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Asian; Hair Color Black; Facial Hair ___
Approx. Age 25-30; Approx. Height 5'9"; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Roger Padilla
APS International, Ltd.

Subscribed and sworn to before me this 14 day of November, 20 17

Suzanne Weingarten
Notary Public     (Commission Expires)

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018