WM International, Inc., et. al., Plaintiff(s)
vs.
99 Ranch Market #601, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 148298-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J-Mart of Bensonhurst
Court Case No. 17-CV-6198 RJD-RER

LACKENBACH SIEGEL, LLP
Mr. Eric A. Menist
One Chase Road
Scarsdale, NY 10583

State of: **New York** ) ss.
County of: **Nassau** )

**Name of Server:** **Juan Agirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **November**, 20 **17**, at **10:25** o'clock **A** M

**Place of Service:** at **8121 New Utrecht Avenue**, in **Brooklyn, NY 11214**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint With Jury Trial Demanded; Exhibits 1 through 4**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J-Mart of Bensonhurst**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Shi chang Li Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **Yellow**; Hair Color **Black**; ~~Facial Hair~~ **glasses**
Approx. Age **39**; Approx. Height **5'9**; Approx. Weight **185**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **16** day of **November**, 20 **17**

Notary Public    12/16/2017 (Commission Expires)

DANIEL J FREEMAN
Notary Public - State of New York
NO. 01FR6293528
Qualified in Queens County
My Commission Expires Dec 16, 2017