| | |
|---|---|
| WM International, Inc., et. al., Plaintiff(s)<br>vs.<br>99 Ranch Market #601, et. al., Defendant(s) |  Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 148298-0004

# AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
--Tian Liu

LACKENBACH SIEGEL, LLP
Mr. Eric A. Menist
One Chase Road
Scarsdale, NY  10583

Court Case No. 17-CV-6198 RJD-RER

Customer File:  WMINT.GEN

State of: New Jersey ) ss.
County of: Somerset )

Name of Server: Roger Padilla, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
**Summons; Complaint With Jury Trial Demanded; Exhibits 1 through 4**

**Service of Process on:** The undersigned attempted to serve the documents on
**Tian Liu**

**Attempts:** and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 115 Amity Street, Jersey City, NJ  07304
Reason for Non-Service: 11/9/17 @ 2:18PM - I spoke to Michael Linn who stated
Dates/Time/Address Attempted: that no one by the name of Tian Liu is employed
Reason for Non-Service: here.

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Roger Padilla
APS International, Ltd.

Subscribed and sworn to before me this
14 day of November, 2017
Suzanne Weingarten
Notary Public      (Commission Expires)

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018