UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index Number: 17-CV-6198-RJD-RER
Date Filed:
Court/Return Date:

ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL, LTD    PH: (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | LACKENBACH SIEGEL, LLP

WM INTERNATIONAL, INC AND SHAOGUAN RISEN TRADING CORPORATION LTD

*Plaintiff*

vs

99 RANCH MARKET #601, ET AL

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Husam Al-Atrash**       , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **July 16, 2018**, at **9:00 AM** at **136-20 ROOSEVELT AVENUE, FLUSHING, NY 11354**, Deponent served the within **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT**
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **J-MART OF QUEENS**, therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Jane Doe** said individual to be **AUTHORIZED AGENT** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , **service was completed by mailing a true copy of the above stated document(s) to J-MART OF QUEENS** at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
**Sex**: Female        **Color of skin**: Yellow        **Color of hair**: Black    **Age**: 30
**Height**: 5ft4in-5ft8in        **Weight**: 100-130 Lbs.  **Other Features**:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on July 17, 2018

*Patricia Rothfritz*
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 151350-0001

Process Server, Please Sign
Husam Al-Atrash
Lic#   1279639
Job #: 1819503

**PROFESSIONAL PROCESS SERVERS, 1 Comac Loop, unit 14B1, Ronkonkoma, NY 11779 Ph. 631-647-9470 Fax. 631-647-9468** A DIVISION
INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771